VITKUS (NELLA), Respondent, vs. UNRUH and others, Appellants.

VITKUS (CHARLOTTE), Respondent, vs. UNRUH and others, Appellants.

For the appellants: *Godfrey, Arnold & Cullen* of Elkhorn.
For the respondents: *McGovern, Curtis & Devos* of Milwaukee.
*By the Court.*—Judgments affirmed.

ESTATE OF MITCHESON: MITCHESON and another, Infants by Guardian, Appellants, vs. FIRST WISCONSIN TRUST COMPANY, Executor, Respondent.

For the appellants: *P. A. Martineau* and *E. B. Martineau,* guardian *ad litem,* both of Marinette.
For the respondent: *Eastman & Rose* and *Alvin E. Davis,* guardian *ad litem,* all of Marinette.
*By the Court.*—Order affirmed.

*December 3, 1935.*

SCHENKENBERG, Respondent, vs. BUILDERS & MANUFACTURERS MUTUAL CASUALTY COMPANY, Appellant.

For the appellant: *Rouiller, Dougherty, Arnold & Kivett* of Milwaukee.
For the respondent: *Vilas H. Whaley* of Racine.
*By the Court.*—Judgment affirmed.